whether that court properly determined that there was no duty in this case?"

The Supreme Court docket number is SC 18474.

*James F. Sullivan*, in support of the petition.

*Michael S. Hillis*, in opposition.

Decided October 8, 2009

## STATE OF CONNECTICUT *v.* EDAN F. CALABRESE

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 116 Conn. App. 112 (AC 27916), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Timothy F. Costello*, deputy assistant state's attorney, in support of the petition.

*Edan F. Calabrese*, pro se, in opposition.

Decided October 8, 2009

## STATE OF CONNECTICUT *v.* EDAN F. CALABRESE

The defendant's cross petition for certification for appeal from the Appellate Court, 116 Conn. App. 112 (AC 27916), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this cross petition.

*Edan F. Calabrese*, pro se, in support of the cross petition.

*Timothy F. Costello*, deputy assistant state's attorney, in opposition.

Decided October 8, 2009